HENRY KOPYTA, PETITIONER-RESPONDENT, v. DUGAN BROTHERS, INC., RESPONDENT-PETITIONER, LIBERTY MUTUAL INSURANCE COMPANY, RESPONDENT-RESPONDENT.

*Mr. Edward E. Kuebler* for the petitioner.

*Mr. John W. Taylor, Mr. Everitt Rhinehart* and *Mr. Rocco F. Senna* for the respondents.

December 17, 1960.   Denied.

WILLIAM REITER, PLAINTIFF-RESPONDENT, v. MAX MARX COLOR & CHEMICAL CO. DEFENDANT-PETITIONER.

*Messrs. Lamb, Langan & Blake* and *Mr. H. Curtis Meanor* for the petitioner.

*Mr. Francis Sorin* for the respondent.

December 17, 1960.   Granted.